Ligia I. Hernandez, SBN 146771
Hernandez & Associates
2797 East Foothill Blvd
Pasadena, California 91107
Telephone: (626) 744-1806
Facsimile: (626) 744-0267
lihernandez@sbcglobal.net

JS-6

Attorney for Plaintiff Gabriel DeLeon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DE LEON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; FREMONT REORGANIZING CORPORATION, a California corporation formerly known as FREMONT INVESTMENT & LOAN, an unknown business entity; PACIFIC WHOLESALE MORTGAGE & REALITY INC., a California corporation, QUALITY LOAN SERVICE CORPORATION, a California corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 09-5310 JHN (AJWx)<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. MC020411]<br><br>~~[PROPOSED]~~ ORDER REMANDING CASE |

**1**

1  IT IS HEREBY ORDERED that, based on the stipulation of the parties, the above-
2  entitled action shall be remanded back to the Superior Court for the State of California,
3  County of Los Angeles as Case No. MC020411.

DATED: February 1, 2010

_____
Hon. Jacqueline H. Nguyen,
United State District Judge

[PROPOSED] ORDER REMANDING CASE